

**Activity in Case 1:14-cv-00568-LAP Adjmi v. DLT Entertainment Ltd. Appeal Record Sent to USCA - Electronic File**
NYSD_ECF_Pool    to: CourtMail                                    05/01/2015 03:52 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/1/2015 at 3:50 PM EDT and filed on 5/1/2015

| | |
|---|---|
| **Case Name:** | Adjmi v. DLT Entertainment Ltd. |
| **Case Number:** | [1:14-cv-00568-LAP](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 03/31/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [81] Notice of Appeal, filed by Three's Company, a joint venture, DLT Entertainment Ltd. were transmitted to the U.S. Court of Appeals. (tp)**

**1:14-cv-00568-LAP Notice has been electronically mailed to:**

Edward J. Davis   eddavis@dwt.com, NYCDocket@dwt.com, meganduffy@dwt.com

Toby Michael John Butterfield   tbutterfield@fkks.com, docket@fkks.com

Jonathan D. Reichman   jreichman@kenyon.com, bpound@kenyon.com

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:14–cv–00568–LAP

Adjmi v. DLT Entertainment Ltd.  
Assigned to: Judge Loretta A. Preska  
Cause: 17:101 Copyright Infringement

Date Filed: 01/30/2014  
Date Terminated: 03/31/2015  
Jury Demand: Both  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**David Adjmi**     represented by     **Bruce Edward Johnson**  
Davis Wright Tremaine, LLP (WA)  
1201 Third Avenue  
Suite 2200  
Seattle, WA 98101  
(206) 757–8069  
Email: brucejohnson@dwt.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Camille Calman**  
Davis Wright Tremaine LLP (NYC)  
1633 Broadway  
New York, NY 10019  
(212) 489–8230  
Fax: (212) 489–8340  
Email: camillecalman@dwt.com  
*ATTORNEY TO BE NOTICED*

**Edward J. Davis**  
Davis Wright Tremaine LLP (NYC)  
1633 Broadway  
New York, NY 10019  
(212) 489–8230  
Fax: (212) 489–8340  
Email: eddavis@dwt.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DLT Entertainment Ltd.**     represented by     **Jonathan D. Reichman**  
Kenyon &Kenyon LLP  
One Broadway  
New York, NY 10004  
(212)–908–6156  
Fax: (212)–425–5288  
Email: jreichman@kenyon.com  
*ATTORNEY TO BE NOTICED*

**Michael Evan Sander**  
Kenyon &Kenyon LLP  
One Broadway  
New York, NY 10004  
(212)–908–6412  
Email: msander@kenyon.com  
*ATTORNEY TO BE NOTICED*

**Michelle Mancino Marsh**  
Kenyon &Kenyon

One Broadway  
New York, NY 10004  
212 908 6180  
Fax: 212 425 5288  
Email: MMARSH@KENYON.COM  
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Three's Company, a joint venture** | represented by | **Jonathan D. Reichman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Evan Sander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle Mancino Marsh**<br>Kenyon &Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>212 908 6180<br>Fax: 212 425 5288<br>Email: MMARSH@KENYON.COM<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **The Dramatists Legal Defense Fund** | represented by | **David Herbert Faux**<br>Dramatists Guild of America, Inc.<br>1501 Broadway<br>New York, NY 10036<br>(718)–422–0044<br>Fax: (212)–944–0420<br>Email: dfaux@dramatistsguild.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **DLT Entertainment Ltd.** | represented by | **Jonathan D. Reichman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Evan Sander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle Mancino Marsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **DLT Entertainment Ltd.** | represented by | **Jonathan D. Reichman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Evan Sander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle Mancino Marsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Three's Company, a joint venture** | represented by | **Jonathan D. Reichman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Evan Sander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Mancino Marsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Rattlestick Productions, Inc.** | represented by | **Andrew John Ungberg**<br>Frankurt, Kurnit, Klein &Selig, P.C.,<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 705–4868<br>Fax: (347)–438–2195<br>Email: aungberg@fkks.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward J. Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Toby Michael John Butterfield**<br>Frankfurt Kurnit Klein &Selz, P.C.<br>488 Madison Avenue<br>New York, NY 10022<br>212–826–5567<br>Fax: 347–438–2135<br>Email: tbutterfield@fkks.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **piece by piece productions, Inc.** | represented by | **Andrew John Ungberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward J. Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Toby Michael John Butterfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Rising Phoenix Repertory, Inc.** | represented by | **Andrew John Ungberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  | Edward J. Davis<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Toby Michael John Butterfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| **David Adjmi** | represented by | **Bruce Edward Johnson**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Camille Calman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Edward J. Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2014 | 1 | COMPLAINT against DLT Entertainment Ltd.. (Filing Fee $ 350.00, Receipt Number 1086688)Document filed by David Adjmi.(laq) (Additional attachment(s) added on 2/11/2014: # 1 cmp 2) (laq). (Entered: 01/31/2014) |
| 01/30/2014 |  | SUMMONS ISSUED as to DLT Entertainment Ltd. (laq) (Entered: 01/31/2014) |
| 01/30/2014 |  | Magistrate Judge James C. Francis IV is so designated. (laq) (Entered: 01/31/2014) |
| 01/30/2014 |  | Case Designated ECF. (laq) (Entered: 01/31/2014) |
| 01/30/2014 | 2 | CIVIL COVER SHEET filed. (laq) (laq). (Entered: 01/31/2014) |
| 01/31/2014 | 3 | MOTION for Bruce E. Johnson to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by David Adjmi. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Good Standing Certificates)(Johnson, Bruce) (Entered: 01/31/2014) |
| 01/31/2014 |  | Pro Hac Vice Fee Paid electronically via Pay.gov: for 3 MOTION for Bruce E. Johnson to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00. Pay.gov receipt number 0208−9313723, paid on 1/31/2014. (wb) (Entered: 01/31/2014) |
| 01/31/2014 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 3 MOTION for Bruce E. Johnson to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/31/2014) |
| 02/07/2014 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint served. DLT Entertainment Ltd. served on 1/31/2014, answer due 2/21/2014. Service was accepted by Karen O' Connor, authorized person. Document filed by David Adjmi. (Davis, Edward) (Entered: 02/07/2014) |
| 02/21/2014 | 5 | STIPULATION TO EXTEND TIME TO ANSWER, COUNTERCLAIM OR OTHERWISE RESPOND TO COMPLAINT AND DEMAND FOR A JURY TRIAL: IT IS HEREBY STIPULATED AND AGREED, by and between Defendant DLT Entertainment Ltd. ("Defendant") and Plaintiff David Adjmi ("Plaintiff"), that Defendant's time to answer, counterclaim, or otherwise respond to the Complaint and Demand for a Jury Trial ("Complaint") filed against it by Plaintiff is hereby extended to and including March 24, 2014.SO ORDERED. DLT |

| | | |
|---|---|---|
| | | Entertainment Ltd. answer due 3/24/2014. (Signed by Judge Thomas P. Griesa on 2/21/2014) (ama) (Entered: 02/21/2014) |
| 02/25/2014 | 6 | FIRST AMENDED COMPLAINT amending 1 Complaint against DLT Entertainment Ltd. with JURY DEMAND. Document filed by David Adjmi. Related document: 1 Complaint filed by David Adjmi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(ja) (Entered: 02/27/2014) |
| 02/27/2014 | 7 | CERTIFICATE OF SERVICE of First Amended Complaint served on Michelle Mancino Marsh on 2/26/2014. Document filed by David Adjmi. (Calman, Camille) (Entered: 02/27/2014) |
| 03/24/2014 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by DLT Entertainment Ltd..(Marsh, Michelle) (Entered: 03/24/2014) |
| 03/24/2014 | 9 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** ANSWER to 6 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against DLT Entertainment Ltd.. Document filed by DLT Entertainment Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Marsh, Michelle) Modified on 3/26/2014 (db). (Entered: 03/24/2014) |
| 03/26/2014 | 10 | ANSWER to 6 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against David Adjmi, Rattlestick Productions, Inc., piece by piece productions, Inc., Rising Phoenix Repertory, Inc.. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Marsh, Michelle) (Entered: 03/26/2014) |
| 03/26/2014 | 19 | ELECTRONIC SUMMONS ISSUED as to piece by piece productions, Inc.. (laq) (Entered: 04/24/2014) |
| 03/26/2014 | 20 | ELECTRONIC SUMMONS ISSUED as to Rattlestick Productions, Inc.. (laq) (Entered: 04/24/2014) |
| 03/26/2014 | 21 | ELECTRONIC SUMMONS ISSUED as to Rising Phoenix Repertory, Inc.. (laq) (Entered: 04/24/2014) |
| 04/17/2014 | 11 | ANSWER to 10 Counterclaim. Document filed by David Adjmi.(Calman, Camille) (Entered: 04/17/2014) |
| 04/17/2014 | 12 | NOTICE OF APPEARANCE by Jonathan D. Reichman on behalf of DLT Entertainment Ltd., Three's Company, a joint venture. (Reichman, Jonathan) (Entered: 04/17/2014) |
| 04/18/2014 | 13 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUESTED – WRONG SUMMONS FORM –** REQUEST FOR ISSUANCE OF SUMMONS as to Rattlestick Productions, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) Modified on 4/21/2014 (cde). (Entered: 04/18/2014) |
| 04/18/2014 | 14 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUESTED – WRONG SUMMONS FORM –** REQUEST FOR ISSUANCE OF SUMMONS as to Rising Phoenix Repertory, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) Modified on 4/21/2014 (cde). (Entered: 04/18/2014) |
| 04/18/2014 | 15 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUESTED – WRONG SUMMONS FORM –** REQUEST FOR ISSUANCE OF SUMMONS as to piece by piece productions, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) Modified on 4/21/2014 (cde). (Entered: 04/18/2014) |
| 04/21/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Michelle Mancino Marsh RE: Document No. 13 Request for Issuance of Summons,. The filing is deficient for the following reason(s): PDF Error – Wrong PDF file was attached to the docket entry. Re–file the document using the S.D.N.Y.** |

| | | |
|---|---|---|
| | | summons form. (cde) (Entered: 04/21/2014) |
| 04/21/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Michelle Mancino Marsh RE: Document No. 14 Request for Issuance of Summons,. The filing is deficient for the following reason(s): PDF Error – Wrong PDF file was attached to the docket entry. Re−file the document using the S.D.N.Y. summons form. (cde) (Entered: 04/21/2014) |
| 04/21/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Michelle Mancino Marsh RE: Document No. 15 Request for Issuance of Summons,. The filing is deficient for the following reason(s): PDF Error – Wrong PDF file was attached to the docket entry. Re−file the document using the S.D.N.Y. summons form. (cde) (Entered: 04/21/2014) |
| 04/24/2014 | 16 | REQUEST FOR ISSUANCE OF SUMMONS as to piece by piece productions, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) (Entered: 04/24/2014) |
| 04/24/2014 | 17 | REQUEST FOR ISSUANCE OF SUMMONS as to Rattlestick Productions, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) (Entered: 04/24/2014) |
| 04/24/2014 | 18 | REQUEST FOR ISSUANCE OF SUMMONS as to Rising Phoenix Repertory, Inc., re: 10 Answer to Amended Complaint, Counterclaim,,. Document filed by DLT Entertainment Ltd.. (Marsh, Michelle) (Entered: 04/24/2014) |
| 04/29/2014 | 22 | ELECTRONIC SUMMONS ISSUED as to piece by piece productions, Inc. (mqu) (Entered: 04/29/2014) |
| 04/29/2014 | 23 | ELECTRONIC SUMMONS ISSUED as to Rattlestick Productions, Inc. (mqu) (Entered: 04/29/2014) |
| 04/29/2014 | 24 | ELECTRONIC SUMMONS ISSUED as to Rising Phoenix Repertory, Inc. (mqu) (Entered: 04/29/2014) |
| 06/17/2014 | 25 | SUMMONS RETURNED EXECUTED Summons and Answer to Amended Complaint, Counterclaim,, served. piece by piece productions, Inc. served on 6/9/2014, answer due 6/30/2014. Service was accepted by Victor Rivera, Legal Clerk. Document filed by Three's Company, a joint venture; DLT Entertainment Ltd.. (Marsh, Michelle) (Entered: 06/17/2014) |
| 06/19/2014 | 26 | NOTICE OF APPEARANCE by Toby Michael John Butterfield on behalf of Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Butterfield, Toby) (Entered: 06/19/2014) |
| 06/25/2014 | 27 | NOTICE OF APPEARANCE by Andrew John Ungberg on behalf of Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Ungberg, Andrew) (Entered: 06/25/2014) |
| 07/15/2014 | 28 | STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS: IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Counter−Claimant Three's Company and DLT Entertainment Ltd., and Counterclaim Defendants Piece by Piece Productions, Inc., Rattlestick Productions, Inc. and Rising Phoenix Repertory, Inc., that the time for Counterclaim Defendants to answer, move, or otherwise plead in response to the counterclaims in this matter is extend to and including July 17, 2014., Rattlestick Productions, Inc. answer due 7/17/2014; Rising Phoenix Repertory, Inc. answer due 7/17/2014; piece by piece productions, Inc. answer due 7/17/2014. (Signed by Judge Thomas P. Griesa on 7/15/2014) (lmb) (Entered: 07/15/2014) |
| 07/17/2014 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc..(Butterfield, Toby) (Entered: 07/17/2014) |

| | | |
|---|---|---|
| 07/17/2014 | 30 | ANSWER to 10 Counterclaim. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc..(Butterfield, Toby) (Entered: 07/17/2014) |
| 07/30/2014 | 31 | ORDER FOR ADMISSION PRO HAC VICE granting 3 Motion for Bruce E. Johnson to Appear Pro Hac Vice. (Signed by Judge Thomas P. Griesa on 7/30/2014) (rjm) (Entered: 07/30/2014) |
| 08/07/2014 | 32 | LETTER addressed to Judge Thomas P. Griesa from Camille Calman dated August 7, 2014 re: Filing of hard copies of DVDs. Document filed by David Adjmi.(Calman, Camille) (Entered: 08/07/2014) |
| 08/13/2014 | 33 | MEMO ENDORSEMENT on re: 32 Letter filed by David Adjmi. ENDORSEMENT: Approved. (Signed by Judge Thomas P. Griesa on 8/13/2014) (ama) (Entered: 08/13/2014) |
| 08/25/2014 | 34 | MOTION for Judgment on the Pleadings . Document filed by David Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. Responses due by 10/2/2014 Return Date set for 10/17/2014 at 10:00 AM.(Davis, Edward) (Entered: 08/25/2014) |
| 08/25/2014 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION for Judgment on the Pleadings . . Document filed by David Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Davis, Edward) (Entered: 08/25/2014) |
| 08/25/2014 | 36 | DECLARATION of Camille Calman in Support re: 34 MOTION for Judgment on the Pleadings .. Document filed by David Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Attachments: # 1 Exhibit A)(Davis, Edward) (Entered: 08/25/2014) |
| 08/25/2014 | 37 | EXHIBIT A (DVD in hard copy) of the Motion for Judgment on the Pleadings. Permission to file the DVDs in hard copy was granted by Judge Griesa on 8/13/2014, dkt. no. 33 . Document filed by David Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc. (tn) (Entered: 08/27/2014) |
| 08/28/2014 | 38 | MOTION to Stay *Discovery*. Document filed by David Adjmi. Return Date set for 9/15/2014 at 10:00 AM.(Davis, Edward) (Entered: 08/28/2014) |
| 08/28/2014 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Stay *Discovery*. *Pending Resolution of Motion for Judgment on the Pleadings*. Document filed by David Adjmi. (Davis, Edward) (Entered: 08/28/2014) |
| 08/28/2014 | 40 | DECLARATION of Edward J. Davis in Support re: 38 MOTION to Stay *Discovery*.. Document filed by David Adjmi. (Davis, Edward) (Entered: 08/28/2014) |
| 08/28/2014 | 41 | LETTER addressed to Judge Thomas P. Griesa from Edward J. Davis dated August 28, 2014 re: Reponse to the August 25, 2014 letter from Michelle Marsh. Document filed by David Adjmi.(Davis, Edward) (Entered: 08/28/2014) |
| 09/09/2014 | 42 | STIPULATED CALCULATION OF TIMES TO RESPOND AND REPLY TO MOTION TO STAY: Defendant and Counter−Claimant DLT Entertainment Ltd. and Counter−Claimant Three's Company, A Joint Venture ("Three's Company"), Plaintiff and Counter−Defendant David Adjmi ("Adjmi"), and Third−Party Defendants Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., and piece by piece Productions, Inc. (the "Third−Party Defendants") (collectively, "the Parties") hereby stipulate that: 1. Three's Company's time to Respond to Adjmi and the Third−Party Defendants' Motion to Stay Discovery Pending Resolution of Motion for Judgment on the Pleadings ("Motion to Stay") is September 15, 2014; and 2. Adjmi and the Third Party Defendants' time to Reply to Three's Company's Response to the Motion to Stay is September 22, 2014; The Parties are available to appear before the Honorable Thomas P. Griesa, United States District Judge, Southern District of New York on the 29th day of September, 2014, at 10:00 a.m. or as soon thereafter as counsel may be heard. SO ORDERED. (Responses due by 9/15/2014, Replies due by 9/22/2014. Status Conference set for 9/29/2014 at 10:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on |

| | | |
|---|---|---|
| | | 9/9/2014) (ajs) (Entered: 09/09/2014) |
| 09/15/2014 | 43 | DECLARATION of Michael E. Sander in Opposition re: 38 MOTION to Stay *Discovery*.. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Marsh, Michelle) (Entered: 09/15/2014) |
| 09/15/2014 | 44 | MEMORANDUM OF LAW in Opposition re: 38 MOTION to Stay *Discovery*. . Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. (Marsh, Michelle) (Entered: 09/15/2014) |
| 09/22/2014 | 45 | REPLY MEMORANDUM OF LAW in Support re: 38 MOTION to Stay *Discovery. Pending Resolution for Motion For Judgment on the Pleadings*. Document filed by David Adjmi. (Calman, Camille) (Entered: 09/22/2014) |
| 09/30/2014 | | Minute Entry for proceedings held before Judge Thomas P. Griesa: Plaintiff by Edward Davis &Camille Calman, Counter Defendant Rattlestick Productions by Andrew Ungberg &Toby Butterfield, Counter Claimant Three's Company by Michael Sander &Michelle Marsh. Motion Hearing held on 9/30/2014 re: 38 MOTION to Stay *Discovery*. filed by David Adjmi. Plaintiff's motion to stay is granted. (Court Reporter Vincent Bologna) (Beale, Jon) (Entered: 10/01/2014) |
| 10/01/2014 | 46 | NOTICE OF APPEARANCE by Michael Evan Sander on behalf of DLT Entertainment Ltd., Three's Company, a joint venture. (Sander, Michael) (Entered: 10/01/2014) |
| 10/02/2014 | 47 | ORDER granting 38 Motion to Stay. For the reasons stated at the September 30, 2014 hearing, the court grants plaintiff's motion to stay discovery. This order resolves item number 38 on the docket. SO ORDERED. (Signed by Judge Thomas P. Griesa on 10/2/2014) (ajs) (Entered: 10/02/2014) |
| 10/02/2014 | 48 | JOINT STIPULATION ON BRIEFING SCHEDULE FOR ADJMI AND THIRD−PARTY DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS: The parties hereby stipulate that: 1. Three's Company's time to respond to Adjmi and the Third−Party Defendants' Motion for Judgment on the Pleadings (the "Motion on the Pleadings") is hereby extended to October 28, 2014 (currently set for October 2, 2014); 2. Adjmi and the Third−Party Defendants' time to reply to the Motion on the Pleadings is hereby extended to November 11, 2014 (currently set for October 9. 2014). Approved. (See Order.) (Responses due by 10/28/2014, Replies due by 11/11/2014.) (Signed by Judge Thomas P. Griesa on 10/2/2014) (ajs) (Entered: 10/02/2014) |
| 10/17/2014 | 49 | TRANSCRIPT of Proceedings re: conference held on 9/30/2014 before Judge Thomas P. Griesa. Court Reporter/Transcriber: Vincent Bologna, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2014. Redacted Transcript Deadline set for 11/20/2014. Release of Transcript Restriction set for 1/18/2015.(McGuirk, Kelly) (Entered: 10/17/2014) |
| 10/17/2014 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/30/14 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 10/17/2014) |
| 10/22/2014 | 51 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Thomas P. Griesa from Michelle Mancino Marsh dated 10/22/2014. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture.(Marsh, Michelle) (Entered: 10/22/2014) |
| 10/22/2014 | 52 | ORDER granting 51 Letter Motion for Leave to File Excess Pages. Approved. (Signed by Judge Thomas P. Griesa on 10/22/2014) (ajs) (Entered: 10/22/2014) |
| 10/28/2014 | 53 | RESPONSE in Opposition to Motion re: 34 MOTION for Judgment on the Pleadings . . Document filed by DLT Entertainment Ltd., Three's Company, a joint |

| | | |
|---|---|---|
| | | venture. (Marsh, Michelle) (Entered: 10/28/2014) |
| 10/28/2014 | 54 | DECLARATION of Michael E. Sander in Opposition re: 34 MOTION for Judgment on the Pleadings .. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. (Attachments: # 1 Exhibit A – Comparison Chart)(Marsh, Michelle) (Entered: 10/28/2014) |
| 10/28/2014 | 55 | DECLARATION of Michelle Mancino Marsh in Opposition re: 34 MOTION for Judgment on the Pleadings .. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. (Marsh, Michelle) (Entered: 10/28/2014) |
| 11/10/2014 | 56 | LETTER addressed to Judge Thomas P. Griesa from Camille Calman dated 11/10/2014 re: extension of page limit, one day filing extension, and oral argument request. Document filed by David Adjmi.(Calman, Camille) (Entered: 11/10/2014) |
| 11/10/2014 | 57 | MEMO ENDORSEMENT on re: 56 Letter filed by David Adjmi. ENDORSEMENT: Approved. (Signed by Judge Thomas P. Griesa on 11/10/2014) (kgo) (Entered: 11/12/2014) |
| 11/12/2014 | 58 | REPLY MEMORANDUM OF LAW in Support re: 34 MOTION for Judgment on the Pleadings . . Document filed by David Adjmi. (Davis, Edward) (Entered: 11/12/2014) |
| 11/14/2014 | 59 | LETTER addressed to Judge Thomas P. Griesa from Camille Calman dated 11/14/2014 re: Typographical error in brief filed 11/12/2014. Document filed by David Adjmi.(Calman, Camille) (Entered: 11/14/2014) |
| 11/14/2014 | 60 | MEMO ENDORSEMENT on re: 59 Letter filed by David Adjmi. ENDORSEMENT: Approved. (Signed by Judge Thomas P. Griesa on 11/14/2014) (ajs) (Entered: 11/19/2014) |
| 11/19/2014 | 61 | AMENDED REPLY MEMORANDUM OF LAW in Support re: 34 MOTION for Judgment on the Pleadings . . Document filed by David Adjmi. (Davis, Edward) (Entered: 11/19/2014) |
| 11/24/2014 | 62 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – NOTICE OF APPEARANCE by David Herbert Faux on behalf of David H. Faux. (Attachments: # 1 Affirmation of Service)(Faux, David) Modified on 12/3/2014 (db). (Entered: 11/24/2014) |
| 11/24/2014 | 63 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – Amicus Curiae APPEARANCE entered by David Herbert Faux on behalf of David H. Faux. (Attachments: # 1 Memorandum of Law 1B, # 2 Notice of Motion, # 3 Affidavit Affidavit in Support, # 4 Affirmation of Service)(Faux, David) Modified on 12/3/2014 (db). (Entered: 11/24/2014) |
| 12/01/2014 | 64 | NOTICE OF APPEARANCE by David Herbert Faux on behalf of The Dramatists Legal Defense Fund. (Attachments: # 1 Affirmation of Service)(Faux, David) (Entered: 12/01/2014) |
| 12/01/2014 | 65 | Amicus Curiae APPEARANCE entered by David Herbert Faux on behalf of The Dramatists Legal Defense Fund. (Attachments: # 1 Memorandum of Law 1B, # 2 Notice of Motion, # 3 Affidavit Affidavit in Support, # 4 Affirmation of Service)(Faux, David) (Entered: 12/01/2014) |
| 02/11/2015 | 66 | ORDER. The above−captioned case shall be reassigned to the undersigned. (Signed by Judge Loretta A. Preska on 2/11/2015) (rjm). (Entered: 02/11/2015) |
| 02/11/2015 | | Transmission to Case Assignment Clerk. Transmitted re: 66 Order to the Case Assignment Clerk for preparation of notice of case assignment/reassignment. (rjm) (Entered: 02/11/2015) |
| 02/11/2015 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (pgu) (Entered: 02/11/2015) |
| 03/31/2015 | 67 | OPINION AND ORDER #105447. Adjmi's Motion for Judgment on the Pleadings [dkt. no. 34] is GRANTED. The Clerk of Court shall enter judgment accordingly, and as further specified in the conclusion of this Opinion and Order. re: 34 MOTION for Judgment on the Pleadings filed by David Adjmi, Rising Phoenix |

| | | |
|---|---|---|
| | | Repertory, Inc., Rattlestick Productions, Inc., piece by piece productions, Inc. (Signed by Judge Loretta A. Preska on 3/31/2015) (rjm). Modified on 4/10/2015 (soh). (Entered: 03/31/2015) |
| 03/31/2015 | | Transmission to Judgments and Orders Clerk. Transmitted re: 67 Memorandum &Opinion to the Judgments and Orders Clerk. (rjm) (Entered: 03/31/2015) |
| 03/31/2015 | 68 | CLERK'S JUDGMENT: That for the reasons set forth in the Courts Opinion and Order dated March 31, 2015, the Court concludes that 3C is a fair use of Three's Company; accordingly, Adjmi's motion for judgment on the pleadings is granted. (Signed by Clerk of Court Ruby Krajick on 3/31/2015) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 04/01/2015) |
| 03/31/2015 | | Terminate Transcript Deadlines (dt) (Entered: 04/01/2015) |
| 03/31/2015 | | Mailed notice to Register of Copyrights to report the termination of this action. (dt) (Entered: 04/07/2015) |
| 04/14/2015 | 69 | LETTER MOTION for Conference *Letter Requesting Pre−Motion Conference* addressed to Judge Loretta A. Preska from Toby Butterfield dated April 14, 2015. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc..(Butterfield, Toby) (Entered: 04/14/2015) |
| 04/15/2015 | 70 | MOTION for Attorney Fees *and Costs*. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc..(Butterfield, Toby) (Entered: 04/15/2015) |
| 04/15/2015 | 71 | DECLARATION of Toby M.J. Butterfield in Support re: 70 MOTION for Attorney Fees *and Costs*.. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Butterfield, Toby) (Entered: 04/15/2015) |
| 04/15/2015 | 72 | DECLARATION of Charles Sims in Support re: 70 MOTION for Attorney Fees *and Costs*.. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Attachments: # 1 Exhibit A)(Butterfield, Toby) (Entered: 04/15/2015) |
| 04/15/2015 | 73 | DECLARATION of Dori Ann Hanswirth in Support re: 70 MOTION for Attorney Fees *and Costs*.. Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Attachments: # 1 Exhibit A)(Butterfield, Toby) (Entered: 04/15/2015) |
| 04/15/2015 | 74 | MEMORANDUM OF LAW in Support re: 70 MOTION for Attorney Fees *and Costs*. . Document filed by Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, Inc.. (Butterfield, Toby) (Entered: 04/15/2015) |
| 04/15/2015 | 75 | MOTION for Attorney Fees *and Costs*. Document filed by David Adjmi. Return Date set for 5/8/2015 at 10:00 AM.(Davis, Edward) (Entered: 04/15/2015) |
| 04/15/2015 | 76 | DECLARATION of Edward J. Davis in Support re: 75 MOTION for Attorney Fees *and Costs*.. Document filed by David Adjmi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Davis, Edward) (Entered: 04/15/2015) |
| 04/15/2015 | 77 | DECLARATION of Charles Sims in Support re: 75 MOTION for Attorney Fees *and Costs*.. Document filed by David Adjmi. (Attachments: # 1 Exhibit A)(Davis, Edward) (Entered: 04/15/2015) |
| 04/15/2015 | 78 | DECLARATION of Dori Ann Hanswirth in Support re: 75 MOTION for Attorney Fees *and Costs*.. Document filed by David Adjmi. (Attachments: # 1 Exhibit A)(Davis, Edward) (Entered: 04/15/2015) |
| 04/15/2015 | 79 | MEMORANDUM OF LAW in Support re: 75 MOTION for Attorney Fees *and Costs*. . Document filed by David Adjmi. (Davis, Edward) (Entered: 04/15/2015) |
| 04/29/2015 | 80 | LETTER addressed to Judge Loretta A. Preska from Michelle Mancino Marsh dated April 29, 2015 re: withdrawal of non−consent to motion. Document filed by |

| | | |
|---|---|---|
| | | DLT Entertainment Ltd., Three's Company, a joint venture.(Marsh, Michelle) (Entered: 04/29/2015) |
| 05/01/2015 | 81 | NOTICE OF APPEAL from 68 Clerk's Judgment,. Document filed by DLT Entertainment Ltd., Three's Company, a joint venture. Filing fee $ 505.00, receipt number 0208–10878323. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Marsh, Michelle) (Entered: 05/01/2015) |
| 05/01/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 81 Notice of Appeal. (tp) (Entered: 05/01/2015) |
| 05/01/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 81 Notice of Appeal, filed by Three's Company, a joint venture, DLT Entertainment Ltd. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/01/2015) |