# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Adjmi v. DLT Entertainment Ltd.**     Docket No.: **15-1477**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Edward T. Colbert**

Firm: **Kenyon & Kenyon LLP**

Address: **1500 K. St., N.W., Washington, DC 20005**

Telephone: **202-220-4280**     Fax: **202-220-4201**

E-mail: **ecolbert@kenyon.com**

Appearance for: **DLT Entertainment Ltd. and Three's Company, appellants**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jonathan Reichman & Michelle Marsh, Kenyon & Kenyon LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Edward T. Colbert**

Type or Print Name: **Edward T. Colbert**