UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand and fifteen,

MANDATE

| | |
|---|---|
| David Adjmi, | **ORDER** |
|     Plaintiff-Counter-Defendant - Appellee, | Docket No. 15-1477 |
| v. | |
| DLT Entertainment Ltd., | |
|     Defendant-Counter-Claimant - Appellant, | |
| Three's Company, a joint venture, | |
|     Counter - Claimant - Appellant, | |
| v. | |
| Rattlestick Productions, Inc., Piece By Piece Productions, Inc., Rising Phoenix Repertory, Inc., | |
|     Counter Defendants - Appellees. | |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/25/2015